■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

CHARLES WASHINGTON, Appellant.—Three judgments of the Supreme Court, Queens County (Sherman, J.), all rendered December 21, 1982, affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.